## UNITED STATES of America, Plaintiff–Appellee

v.

## Tony Duque GOMEZ, also known as Tony Deque Gomez, Defendant–Appellant.

### No. 13–10335
### Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 6, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Derek D. Brown, Law Office of Derek Brown, Fort Worth, TX, for Defendant–Appellant.

Tony Duque Gomez, Pollock, LA, pro se.

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Tony Duque Gomez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Gomez has filed a response. The record is insufficiently developed to allow consideration at this time of Gomez's claim of ineffective assistance of counsel; such a claim generally "cannot be resolved on direct appeal when the claim has not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006) (internal quotation marks and citation omitted). We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Gomez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.